**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

      Plaintiff,

v.                                                      Case No. 6:21-cv-1876-WWB-LHP

TITUSVILLE LODGING ASSOCIATES,
LLP,

      Defendant.

_____

## <u>ORDER</u>

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 10), filed March 31, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 1, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record